| | | | | | |
|---|---|---|---|---|---|
| Cause #: | 2012-62792 | Court # | 80TH | Judgment Date: | 10/24/2014 |
| Volume: | | Page: | | Image #: | 62934803 |
| Due Date: | 2/21/2015 | Attorney Bar No: | 24076372 | | |

Assigned to    FIRST    Court of Appeals

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/23/2015 2:39:21 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Date Findings of Facts/Mtn of Modify/Mtn New Trial filed? | 11/13/2014 | |
| Request for Transcript Filed? | YES | BC |
| Notice of Appeal previously filed? N | | C |
| Number of Days: | 120 | O |
| File Ordered: IMAGED | | |
| Notes: | | |

BC    Notice of Appeal filed
BG    Notice of Appeal filed – Government
C    Appealing Final Judgment
D -    Accelerated Appeal
OA    No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

1/19/2015 10:40:47 AM
Chris Daniel - District Clerk Harris County
Envelope No. 3811929
By: Phyllis Washington
Filed: 1/19/2015 10:40:47 AM

## CAUSE NO. 2012-62792

| | | |
|---|---|---|
| **VICKY TRUONG** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **HUONG NGUYEN** | § | |
| | § | |
| **Defendant** | § | **80th JUDICIAL DISTRICT** |

## PLAINTIFF VICKY TRUONG'S
## NOTICE OF APPEAL

Plaintiff Vicky Truong hereby files this Notice of Appeal from the Final Judgment signed on October 24, 2014. Plaintiff VICKY TRUONG desires to appeal to either the First or Fourteenth Courts of Appeals and, hereby, gives Notice of Appeal.

Respectfully submitted,

**Essmyer & Daniel, P.C.**

*/s/ Michael M. Essmyer, Jr.*
Frank B. Daniel
State Bar No. 24048418
Fdaniel@essmyerdaniel.com
Michael M. Essmyer, Jr.
State Bar No. 24076372
messmyer@gmail.com
5111 Center Street
Houston, Texas 77007
(713) 869-1155
(713) 869-8957 (Facsimile)
**ATTORNEY(S) FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided to all counsel of record via fax, email and/or certified mail, return receipt requested pursuant to the Texas Rules of Civil Procedure on this the 19th day of January, 2015, as follows:

John M. Causey
HOPE & CAUSEY, P. C.
P. O. Box 3188
Conroe, Texas 77305-3188
(936) 441-4673 - Metro
(936) 441-4674 - Telecopier
john@hope-causey.com

/s/ Michael M. Essmyer, Jr.
Michael M. Essmyer, Jr.

```
CASE NUM: 201262792__ PJN> __  TRANS NUM: _____  CURRENT COURT: 80  PUB? _
CASE TYPE: PERSONAL INJURY-AUTO              CASE STATUS: DISPOSED (FINAL)
STYLE: TRUONG, VICKY                    VS NGUYEN, HUONG
===============================================================================
                     **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME            PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT
_     00002-0001 DEF 04019100 NGUYEN, HUONG                   CAUSEY, JOHN
_     00001-0001 PLT 24048418 TRUONG, VICKY                   DANIEL, FRANK
```

```
==> (2) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

```
CASE NUM: 201262792__ PJN> __  TRANS NUM: _____  CURRENT COURT: 80  PUB? _
CASE TYPE: PERSONAL INJURY-AUTO              CASE STATUS: DISPOSED (FINAL)
STYLE: TRUONG, VICKY                    VS NGUYEN, HUONG
===============================================================================
                     **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME            PTY    ASSOC. ATTY
   NUM   NUMBER                                         STAT
```

```
==> (0) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```